UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOAN LLORCA TURRUELLE and
RANGEL HERNANDEZ MEDINA,

       Plaintiffs,

v.                             Case No:  2:18-cv-168-FtM-38MRM

ALLIED PAVER SYSTEMS, LLC and
DONALD C. MONTROY, JR.,

       Defendants.

_____/

**<u>ORDER</u>**[1]

      Pending before the Court is the parties' Joint Notice of No Compromise.  (Doc. 13).

Plaintiffs Yoan Llorca Turruelle and Rangel Hernandez Medina sued Defendants Allied

Paver Systems, LCC and Donald C. Montroy last month for unpaid overtime wages under

the Fair Labor Standards Act ("FLSA").  (Doc. 1).  The parties have since settled this suit

in full, without comprise, and separately from attorney's fees and costs.  (Doc. 30).  The

Court thus does not need to review and approve the settlement for fairness.  *See Lynn's*

*Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *King v.*

*My Online Neighborhood, Inc.*, No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D.

Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on his FLSA

claim, no compromise is involved and judicial approval is not required." (citation omitted)).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiffs also have voluntarily agreed to dismissed their case with prejudice. (Doc. 11).
The Court thus dismisses this case with prejudice.

Accordingly, it is now

**ORDERED:**

(1) The above-captioned case is **DISMISSED with prejudice**.

(2) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all
pending deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of April 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record